## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD BROADCAST<br>DISTRIBUTION SYSTEMS, LLC | §<br>§<br>§ | |
| Plaintiff, | § | Case No: 2:16-cv-1264-RWS |
| | § | |
| vs. | §<br>§ | |
| PLURALSIGHT LLC, | §<br>§ | |
| Defendant. | §<br>§ | |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Rothschild Broadcast Distribution Systems, LLC ("RBDS") and Defendant Pluralsight LLC hereby notify the Court that all matters in controversy between RBDS and Pluralsight LLC have been resolved in principle according to the terms attached hereto as Exhibit A (filed under seal pursuant to Local Rule CV-5(a)(7)(A)). Accordingly, RBDS files this joint motion for a stay of all pending deadlines for thirty (30) days, so that the parties may submit the appropriate dismissal papers. RBDS and Pluralsight LLC hereby stipulate that if any issues arise in formalizing the settlement papers, RBDS and Pluralsight LLC agree to submit such issues to the Court for final resolution.

Dated: January 30, 2017

/s/ Jay Johnson

Jay Johnson
State Bar No. 24067322
Brad Kizzia
State Bar No. 11547550
**KIZZIA JOHNSON PLLC**
1910 Pacific Ave., Suite 13000
Dallas, TX 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com

**ATTORNEYS FOR PLAINTIFF
ROTHSCHILD PATENT IMAGING,
LLC**

/s/ B. Lance Jensen

**Brian Lance Jensen**
Maschoff Brennan - Park City
1389 Center Drive
Suite 300
Park City, UT 84089
435-575-1384
Fax: 435-252-1361
Email: ljensen@mabr.com

**ATTORNEY FOR
PLURALSIGHT LLC**

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of this document has been served on all counsel of
record via electronic mail through Local Rule CV-5(a) on January 27, 2017.

/s/ Jay Johnson
Jay Johnson