# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Case No: 2:16-cv-1264-RWS |
| PLURALSIGHT LLC, | § § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date, the Court considered Plaintiff Rothschild Broadcast Distribution Systems, LLC's Unopposed Motion to Amend Order Dismissing Case to a Dismissal with Prejudice. Having considered the circumstances surrounding this matter, as well as the fact that the matter stands fully resolved, the Court finds that the motion should be granted.

Therefore, IT IS ORDERED that all claims asserted by Rothschild Broadcast Distribution Systems, LLC against Pluralsight LLC are dismissed with prejudice, each party to bear its own fees and costs.

SO ORDERED

    **SIGNED this 27th day of March, 2017.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE